James P. Wagoner, #058553
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SEROWCHAK,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1-30, inclusive,<br><br>Defendant. | Case No. 2:09-CV-03291-FCD-GGH<br><br>**STIPULATION AND ORDER OF THE PARTIES REGARDING EXTENDING THE TIME TO MAKE RULE 26 INITIAL DISCLOSURES** |

### STIPULATION OF THE PARTIES

1. Pursuant to paragraph f.1. of the Joint Status Report filed on January 22, 2010, the parties originally and mutually anticipated making all disclosures under Federal Rule of Civil Procedure 26(a) by "within 14 days after the Rule 26(1) conference," which would be February 5, 2010, because they were "aware of no changes that should be made to the timing" for disclosure."

2. The parties have now mutually agreed and stipulated that additional time is necessary to allow the parties to complete their respective Rule 26(a) Initial Disclosures. One reason for this is to pursue mediation and the prospects for settlement of this case.

3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), all parties have agreed and hereby stipulate to extend the date for their respective Rule 26(a) Initial Disclosure to **Friday, March 5, 2010.**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. Box 28912
FRESNO, CA 93729-8912

1  4. As such, the parties, through their respective counsel have agreed and stipulated to continue the date of their respective Rule 26(a) Initial Disclosures from February 5, 2010 to March 5, 2010.

Dated: February 4, 2009

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____/S_____
James P. Wagoner
Attorneys for Defendant
National Union Fire Insurance Company
Of Pittsburgh, Pa

Dated: February 4, 2009

GUENARD & BOZARTH, LLP

By: _____/S_____
B. Ross Bozarth
Attorneys for Plaintiff
John Serowchak

STIPULATION AND ORDER OF THE PARTIES REGARDING EXTENDING THE TIME TO MAKE RULE 26 DISCLOSURES    CASE NO. 2:09-CV-03291-FCD-GGH

IT IS SO ORDERED.

February 16, 2010

/s/ Gregory G. Hollows

Hon. Gregory G. Hollows

03674/01950-1513007.v1

STIPULATION AND ORDER OF THE PARTIES REGARDING EXTENDING THE TIME TO MAKE RULE 26 DISCLOSURES    CASE NO. 2:09-CV-03291-FCD-GGH