1  ROSS BOZARTH, SBN179171
   GUENARD & BOZARTH, LLP
2  8830 Elk Grove Blvd.
   Elk Grove, CA 95624
3  (916)714-7672 (Telephone)
   (916)714-9031 (Facsimile)
4
   Attorneys for Plaintiff JOHN SEROWCHAK
5
   DAVID I. LIPSKY, SBN 51009
6  WALDRON & OLSON, LLP
   23 Corporate Plaza Drive #200
7  Newport Beach, CA 92660-7901
   Telephone: (949) 760-0204
8
   Co-Counsel for Plaintiff JOHN SEROWCHAK
9

10                 UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12  JOHN SEROWCHAK,                    Case No.: 2:09-CV-03291 FCD GGH

13              Plaintiff,

14      vs.                           STIPULATION AND ORDER RE:
                                      DISMISSAL OF ACTION
15  NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA, and Does
16  1 through 30, Inclusive,

17              Defendants

18          Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties to the above-entitled action

19  hereby stipulate, through their respective counsel, that the above-entitled action be dismissed with

20  prejudice by order of the Court, as the parties have reached a settlement concerning the entire

21  matter and all issues (known or unknown) that were or could have been raised in connection with

22  National Union Policy Number 9540604 on or before the date of this stipulation. The parties also

23  stipulate that each party waives all costs, fees, and interest of any kind with respect to the above-

24  entitled action.

25  Dated: April 22, 2010            GUENARD & BOZARTH, LLP
                                     WALDRON & BRAGG, LLP
26
                                     By:   s/ Ross Bozarth
27                                         Ross Bozarth
                                           David Lipsky
28                                         Attorneys for Plaintiff

                            1
             STIPULATION AND ORDER RE: DISMISSAL

Dated: April 22, 2010                     McCORMICK BARSTOW, et al


                                          By:    s/James P. Wagoner
                                                 James P. Wagoner, Esq.
                                                 Attorneys for Defenant


IT IS SO ORDERED:

Dated:  April 22, 2010

                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE